IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

Civil Action No. 4:2015-cv-01649-RBH

| | |
|---|---|
| Nationwide Life and Annuity Insurance Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | JOINT STATUS REPORT |
| Margaret Rose C. Sims, as the duly appointed ) | |
| Representative of the Estate of ) | |
| David Lee Sims, Jr. and Heather Sims, ) | |
| ) | |
| ) | |
| _____Defendants._____) | |

      The Defendants, Margaret Rose C. Sims and Heather Sims, submit this joint status report:

1.      This is an interpleader action brought by Nationwide Insurance Company.

2.      Nationwide had deposited its funds with the Clerk of Court and the other parties have been enjoined from proceeding against Nationwide. (ECF 16, 18).

3.      Defendant Heather Sims has been convicted of voluntary manslaughter after an 9 day trial in Horry County. Post-trial motions have been filed and are under consideration by the trial judge in the Horry County trial.

4.      The Defendants wish the remaining issues to be tried in Horry County as it will be more convenient for the parties and witnesses and additional parties will be necessary to fully resolve the probate issues

5.      The Defendants are deciding if the remaining issues should be tried in Horry County Common Pleas or the Probate Court. Upon such an agreement the Defendants would submit an order asking that the deposited funds be forwarded to the proper clerk in Horry County

6.      The Defendants would consent to the entry and a final order as Nationwide and a disbursement of the attorney's fee award.

7.      The matter is not ready for trial in this court and the Defendants request a continuance.

                Respectfully submitted

                _s/Louis D Nettles_____
                LOUIS D. NETTLES
                Folkens Law Firm, P.A.
                601 West Evans Street
                Post Office Box 6139
                Florence, South Carolina 29502
                (843) 665-0100
                Bar Number 2521
                Attorney for Defendant Margaret R. Sims

                s/ *Lonnie Morgan Martin*
                Federal Bar No. 1057
                Law Offices of L. Morgan Martin, P.A.
                1121 Third Avenue
                Conway, South Carolina 29526 Telephone: (843) 248-3177
                Attorney for Defendant Heather Sims
                E-Mail: fknowles@lmorganmartin.com

Florence, South Carolina
April 15, 2016