IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

Civil Action No. 4:2015-cv-01649-RBH

| | |
|---|---|
| Nationwide Life and Annuity Insurance Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | JOINT MOTION FOR STAY |
| Margaret Rose C. Sims, as the duly appointed ) | |
| Representative of the Estate of ) | |
| David Lee Sims, Jr. and Heather Sims, ) | |
| ) | |
| ) | |
| _____Defendants._____) | |

The Defendants, Margaret Rose C. Sims and Heather Sims, submit this joint motion for stay.

These parties jointly move for a stay of this action as set forth in the proposed Consent Order submitted to the Court.

Respectfully submitted

_s/Louis D Nettles_____
LOUIS D. NETTLES
Folkens Law Firm, P.A.
601 West Evans Street
Post Office Box 6139
Florence, South Carolina 29502
(843) 665-0100
Bar Number 2521
Attorney for Defendant Margaret R. Sims

1

        s/ *Lonnie Morgan Martin*
        Federal Bar No. 1057
        Law Offices of L. Morgan Martin, P.A.
        1121 Third Avenue
        Conway, South Carolina 29526 Telephone: (843) 248-3177
        Attorney for Defendant Heather Sims
        E-Mail: fknowles@lmorganmartin.com

Florence, South Carolina
April 27, 2016

2