IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

Civil Action No. 4:2015-cv-01649-RBH

| | |
|---|---|
| Nationwide Life and Annuity Insurance Company, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>Margaret Rose C. Sims, as the duly appointed )<br>Representative of the Estate of )<br>David Lee Sims, Jr. and Heather Sims, )<br>)<br>)<br>_____Defendants._____) | STATUS REPORT |

The Defendant Margaret R. Sims submits this status report

This matter is currently under a stay pending the resolution of the appeal of Heather Sims conviction for voluntary manslaughter in the death of David Lee Sims Jr.

Heather Sims filed an appeal with the South Carolina Court of Appeals on 6/30/16. She filed here initial brief on 01/10/17. The State's respondent's is pending and an extension was granted on 02/10/17.

_s/Louis D Nettles_____
LOUIS D. NETTLES
Folkens Law Firm, P.A.
601 West Evans Street
Post Office Box 6139
Florence, South Carolina 29502
(843) 665-0100

1

                                    Bar Number 2521
                                    Attorney for Defendant Margaret R. Sims

Florence, South Carolina
February 21, 2017